IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Barry Holschuh,  :
:
    Plaintiff(s),  :
: Case Number: 1:08cv519
vs.  :
: Chief Judge Susan J. Dlott
Commissioner of Social Security,  :
:
    Defendant(s).  :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 13, 2010 a Report and Recommendations (Doc. 20).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 21).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the EAJA fee petition filed by Plaintiff's counsel (Doc. 18) is **GRANTED**. Counsel is **AWARDED** $1,687.50 in fees.

IT IS SO ORDERED.

                                                        ___s/Susan J. Dlott_____
                                                        Chief Judge Susan J. Dlott
                                                        United States District Court